**Orlando D. TORRES–MORENO,
aka Orlando David Moreno,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 09–72448.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 5, 2012.

Filed March 9, 2012.

Donald Wesley Brown, Nathan Evans
Shafroth, Esquire, Covington & Burling
LLP, San Francisco, CA, for Petitioner.

Orlando D. Torres–Moreno, El Centro,
CA, pro se.

Andrew B. Insenga, Trial, Oil, Carol
Federighi, Esquire, Senior Litigation
Counsel, Yamileth G. Handuber, Trial,
U.S. Department of Justice, Washington,
DC, Chief Counsel Ice, Office of the Chief
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: PREGERSON, GOULD, and
TALLMAN, Circuit Judges.

MEMORANDUM *

Orlando Torres–Moreno ("Torres–More-
no"), a native and citizen of Mexico, and a

---

* This disposition is not appropriate for publica-
tion and is not precedent except as provided
by 9th Cir. R. 36–3.

legal permanent resident of the United
States, petitions for review of the Board of
Immigration Appeals' ("BIA") order find-
ing removability. We have jurisdiction un-
der 8 U.S.C. § 1252, and we deny the
petition.

Contrary to Torres–Moreno's conten-
tion, the record of conviction established
that Torres–Moreno was convicted of
§ 11378, possession for sale of a controlled
substance, to wit methamphetamine. *See
Pagayon v. Holder,* 675 F.3d 1182, 1188–
89, 2011 WL 6091276, *4 (9th Cir.2011);
*see also Ramirez–Villalpando v. Holder,*
645 F.3d 1035, 1039–40 (9th Cir.2011).

Accordingly, we deny the petition for
review.

**PETITION FOR REVIEW DENIED.**